UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEWIS PARKER,**

    **Plaintiff,**

v.                                    Case No.  8:02-cv-764-T-30EAJ

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #51).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2002\02-cv-764.dismissal 51.wpd